# EXHIBIT C

DocuSign Envelope ID: 0672A6BF-3784-4A7E-A196-937FFFC0C5EB

X

## EXTENSION AGREEMENT

Date: August 5, 2022

Lender Loan #: 22540; SLS Loan #: :
Lender: LOAN FUNDER LLC, Series 22540
Borrower / Guarantors(s): PSB NY HOLDINGS LLC; PAUL STEPHEN BOYINGTON
Loan Amount: $487,000.00
Collateral Address (es): 721 Shad Creek Road, Queens, NY 11693, Block 15308, Lot 42, Queens County
Current Maturity Date: August 5, 2022

NOW, Borrower executed a Promissory Note dated August 5, 2021, in favor of Lender in the Loan Amount (the "Note") and secured by a Mortgage of the same date (the "Mortgage").

NOW, under the Note, the entire loan is due and payable in full on the August 5, 2022 and, to date, Borrower has not paid the Loan Amount in full.

NOW, Lender has agreed to extend Borrower's time to satisfy the Note until November 5, 2022, upon compliance by Borrower of the following terms and conditions:

1. Borrower agrees to pay to Lender upon payoff of the Note an extension fee in the amount of $2,435.00
2. Borrower agrees to comply with all of the other terms of the Note and other loan documents.

Provided Borrower satisfies all of the terms herein, Borrower shall have until November 5, 2022 to satisfy the Note. In the event Borrower fails to satisfy the Note by November 5, 2022, interest will be accrued at the default rate under the terms of the Note and other loan documents.

At Lender's sole discretion, Lender may instruct Superior Loan Servicing ("SLS") to continue accepting payments from Borrower past November 5, 2022 at the original terms stated in the Note and other loan documents, as hereby modified. Borrower authorizes SLS to either (A) initiate, and/or continue the initiation of, ACH direct debit transactions from Borrower's bank account supplied to SLS; and/or (B) otherwise accept monthly payments due and owing on the Note in the form of paper checks or as otherwise agreed by and between SLS and Borrower. If the Current Maturity Date of the Note has passed, the continued acceptance of payments by Lender is at the sole and absolute discretion of the Lender, and Lender is not obligated to accept such payments. Lender reserves the right to cease or discontinue acceptance of payments from Borrower at any time and to pursue all of its available remedies under the Note and other loan documents.

All other terms of the Note, Mortgage and other loan documents will remain in full force and effect.

LENDER:                                                BORROWER:

LOAN FUNDER LLC, SERIES 22540          PSB NY HOLDINGS LLC

By: _____              By: _____
    Name: Gail Glidewell                                  Name: Paul Stephen Boyington
    Title: General Counsel                                Title: Managing Member


By: _____
    Paul Stephen Boyington, Individually, as Guarantor

## EXTENSION AGREEMENT     x

Date: November 5, 2022

Lender Loan #: 22540; SLS Loan #
Lender: LOAN FUNDER LLC, Series 22540
Borrower / Guarantors(s): PSB NY HOLDINGS LLC; PAUL STEPHEN BOYINGTON
Loan Amount: $487,000.00
Collateral Address (es): 721 Shad Creek Road, Queens, NY 11693, Block 15308, Lot 42, Queens County
Current Maturity Date: November 5, 2022

NOW, Borrower executed a Promissory Note dated August 5, 2021, in favor of Lender in the Loan Amount (the "Note") and secured by a Mortgage of the same date (the "Mortgage").

NOW, under the Note, the entire loan is due and payable in full on the November 5, 2022 and, to date, Borrower has not paid the Loan Amount in full.

NOW, Lender has agreed to extend Borrower's time to satisfy the Note until February 5, 2023, upon compliance by Borrower of the following terms and conditions:

1. Borrower agrees to pay to Lender upon payoff of the Note an extension fee in the amount of $4,870.00
2. Borrower agrees to comply with all of the other terms of the Note and other loan documents.

Provided Borrower satisfies all of the terms herein, Borrower shall have until February 5, 2023 to satisfy the Note. In the event Borrower fails to satisfy the Note by February 5, 2023, interest will be accrued at the default rate under the terms of the Note and other loan documents.

At Lender's sole discretion, Lender may instruct Superior Loan Servicing ("SLS") to continue accepting payments from Borrower past February 5, 2023 at the original terms stated in the Note and other loan documents, as hereby modified. Borrower authorizes SLS to either (A) initiate, and/or continue the initiation of, ACH direct debit transactions from Borrower's bank account supplied to SLS; and/or (B) otherwise accept monthly payments due and owing on the Note in the form of paper checks or as otherwise agreed by and between SLS and Borrower. If the Current Maturity Date of the Note has passed, the continued acceptance of payments by Lender is at the sole and absolute discretion of the Lender, and Lender is not obligated to accept such payments. Lender reserves the right to cease or discontinue acceptance of payments from Borrower at any time and to pursue all of its available remedies under the Note and other loan documents.

All other terms of the Note, Mortgage and other loan documents will remain in full force and effect.

LENDER:                                          BORROWER:

LOAN FUNDER LLC, SERIES 22540                    PSB NY HOLDINGS LLC

By: _____*Gail Glidewell*_____                   By: _____[DocuSigned]_____
    Name: Gail Glidewell                             Name: Paul Stephen Boyington
    Title: General Counsel                           Title: Managing Member


                                                 By: _____[DocuSigned]_____
                                                     Paul Stephen Boyington, Individually, as
                                                     Guarantor

DocuSign Envelope ID: E8C131C2-0BB4-40AE-AC89-1AC9C99CE5F8

## Extension Agreement

Date: February 05, 2023
Lender Loan#: 22540   SLS Loan#:
Lender: LOAN FUNDER LLC, Series 22540
Borrower/Guarantor(s): PSB NY Holdings LLC; Paul Boyington
Loan Amount: $487,000.00
Collateral Address(es):
721 Shad Creek Road, Queens, NY 11693, Block 15308, Lot 42, Queens
Current Maturity: February 05, 2023

NOW, Borrower executed a Promissory Note dated August 05, 2021, in favor of Lender in the Loan Amount (the "Note") and secured by a Mortgage of the same date (the "Mortgage").

NOW, under the Note, the entire loan is due and payable in full on the February 05, 2023, and, to date, Borrower has not paid the Loan Amount in full.

NOW, Lender has agreed to extend Borrower's time to satisfy the Note until May 05, 2023, upon compliance by Borrower of the following terms and conditions:

1. Borrower agrees to pay to Lender upon payoff of the Note an extension fee in the amount of $9,740.00.
2. Borrower agrees to comply with all of the other terms of the Note and other loan documents.

Provided Borrower satisfies all of the terms herein, Borrower shall have until May 05, 2023, to satisfy the Note. In the event Borrower fails to satisfy the Note by May 05, 2023, interest will be accrued at the default rate under the terms of the Note and other loan documents.

At Lender's sole discretion, Lender may instruct Superior Loan Servicing ("SLS") to continue accepting payments from Borrower past May 05, 2023, at the original terms stated in the Note and other loan documents, as hereby modified. Borrower authorizes SLS to either (A) initiate, and/or continue the initiation of, ACH direct debit transactions from Borrower's bank account supplied to SLS; and/or (B) otherwise accept monthly payments due and owing on the Note in the form of paper checks or as otherwise agreed by and between SLS and Borrower. If the Current Maturity Date of the Note has passed, the continued acceptance of payments by Lender is at the sole and absolute discretion of the Lender, and Lender is not obligated to accept such payments. Lender reserves the right to cease or discontinue acceptance of payments from Borrower at any time and to pursue all of its available remedies under the Note and other loan documents.

All other terms of the Note, Mortgage and other loan documents will remain in full force and effect.

DocuSign Envelope ID: E8C131C2-0BB4-40AE-AC89-1AC9C99CE5F8

| LENDER: | BORROWER: |
| --- | --- |
| LOAN FUNDER LLC, Series 22540 | PSB NY Holdings LLC |

By: *Gail Glidewell* (signature)

Name: Gail Glidewell
Title: General Counsel

By: *Paul Boyington* (DocuSigned, ID AA76126FAB44B)

Name: Paul Boyington

By: *Paul Boyington* (DocuSigned, ID AA76126FAB44B)

Paul Boyington,
Individually, as Guarantor

DocuSign Envelope ID: 865714CD-9DCC-4960-828F-12C3DA59BAB6

## Extension Agreement

Date: May 05, 2023
Lender Loan#: 22540   SLS Loan#: 0
Lender: LOAN FUNDER LLC, Series 22540
Borrower/Guarantor(s): PSB NY Holdings LLC; Paul Boyington
Loan Amount: $487,000.00
Collateral Address(es):
721 Shad Creek Road, Queens, NY 11693, Block 15308, Lot 42, Queens
Current Maturity: May 05, 2023

NOW, Borrower executed a Promissory Note dated August 05, 2021, in favor of Lender in the Loan Amount (the "Note") and secured by a Mortgage of the same date (the "Mortgage").

NOW, under the Note, the entire loan is due and payable in full on the May 05, 2023, and, to date, Borrower has not paid the Loan Amount in full.

NOW, Lender has agreed to extend Borrower's time to satisfy the Note until November 30, 2023, upon compliance by Borrower of the following terms and conditions:

1. Borrower agrees to pay to Lender upon payoff of the Note an extension fee in the amount of $9,740.00.
2. Borrower agrees to comply with all of the other terms of the Note and other loan documents.

Provided Borrower satisfies all of the terms herein, Borrower shall have until November 30, 2023, to satisfy the Note. In the event Borrower fails to satisfy the Note by November 30, 2023, interest will be accrued at the default rate under the terms of the Note and other loan documents.

At Lender's sole discretion, Lender may instruct Superior Loan Servicing ("SLS") to continue accepting payments from Borrower past November 30, 2023, at the original terms stated in the Note and other loan documents, as hereby modified. Borrower authorizes SLS to either (A) initiate, and/or continue the initiation of, ACH direct debit transactions from Borrower's bank account supplied to SLS; and/or (B) otherwise accept monthly payments due and owing on the Note in the form of paper checks or as otherwise agreed by and between SLS and Borrower. If the Current Maturity Date of the Note has passed, the continued acceptance of payments by Lender is at the sole and absolute discretion of the Lender, and Lender is not obligated to accept such payments. Lender reserves the right to cease or discontinue acceptance of payments from Borrower at any time and to pursue all of its available remedies under the Note and other loan documents.

All other terms of the Note, Mortgage and other loan documents will remain in full force and effect.

DocuSign Envelope ID: 865714CD-9DCC-4960-828F-12C3DA596AB6

LENDER:                                    BORROWER:
LOAN FUNDER LLC, Series 22540              PSB NY Holdings LLC

By: *Gail Glidewell*                       By: *Paul Boyington* (DocuSigned)
                                               1DAA2612668AB44B

Name: Gail Glidewell                       Name: Paul Boyington
Title: General Counsel


                                           By: *Paul Boyington* (DocuSigned)
                                               1DAA2612668AB44B

                                           Paul Boyington,
                                           Individually, as Guarantor

DocuSign Envelope ID: 78E36072-8E92-49F9-8EEC-A38FB338B4A1

## Extension Agreement

Date: November 30, 2023
Lender Loan#: 22540   SLS Loan#:
Lender: LOAN FUNDER LLC, Series 22540
Borrower/Guarantor(s): PSB NY Holdings LLC; Paul Boyington
Loan Amount: $487,000.00
Collateral Address(es):
721 Shad Creek Road, Queens, NY 11693, Block 15308, Lot 42, Queens
Current Maturity: November 30, 2023

NOW, Borrower executed a Promissory Note dated August 05, 2021, in favor of Lender in the Loan Amount (the "Note") and secured by a Mortgage of the same date (the "Mortgage").

NOW, under the Note, the entire loan is due and payable in full on the November 30, 2023, and, to date, Borrower has not paid the Loan Amount in full.

NOW, Lender has agreed to extend Borrower's time to satisfy the Note until January 31, 2024, upon compliance by Borrower of the following terms and conditions:

1. Borrower agrees to pay to Lender upon payoff of the Note an extension fee in the amount of $12,175.00.
2. Borrower agrees to comply with all of the other terms of the Note and other loan documents.

Provided Borrower satisfies all of the terms herein, Borrower shall have until January 31, 2024, to satisfy the Note. In the event Borrower fails to satisfy the Note by January 31, 2024, interest will be accrued at the default rate under the terms of the Note and other loan documents.

At Lender's sole discretion, Lender may instruct Superior Loan Servicing ("SLS") to continue accepting payments from Borrower past January 31, 2024, at the original terms stated in the Note and other loan documents, as hereby modified. Borrower authorizes SLS to either (A) initiate, and/or continue the initiation of, ACH direct debit transactions from Borrower's bank account supplied to SLS; and/or (B) otherwise accept monthly payments due and owing on the Note in the form of paper checks or as otherwise agreed by and between SLS and Borrower. If the Current Maturity Date of the Note has passed, the continued acceptance of payments by Lender is at the sole and absolute discretion of the Lender, and Lender is not obligated to accept such payments. Lender reserves the right to cease or discontinue acceptance of payments from Borrower at any time and to pursue all of its available remedies under the Note and other loan documents.

All other terms of the Note, Mortgage and other loan documents will remain in full force and effect.

DocuSign Envelope ID: 79E36072-8E92-49F9-8EEC-A38FB338B4A1

| | |
|---|---|
| LENDER:<br>LOAN FUNDER LLC, Series 22540 | BORROWER:<br>PSB NY Holdings LLC |
| By: *[signature]* | By: *[DocuSigned signature]* |
| Name: Gail Glidewell<br>Title: General Counsel | Name: Paul Boyington |

By: *[DocuSigned signature]*

Paul Boyington,
Individually, as Guarantor

DocuSign Envelope ID: 90647641-1A47-476E-BBF0-4F8428ECAD9B

## Extension Agreement

Date: January 31, 2024
Lender Loan#: 22540   SLS Loan#:
Lender: LOAN FUNDER LLC, Series 22540
Borrower/Guarantor(s): PSB NY Holdings LLC; Paul Boyington
Loan Amount: $487,000.00
Collateral Address(es):
721 Shad Creek Road, Queens, NY 11693, Block 15308, Lot 42, Queens
Current Maturity: January 31, 2024

NOW, Borrower executed a Promissory Note dated August 05, 2021, in favor of Lender in the Loan Amount (the "Note") and secured by a Mortgage of the same date (the "Mortgage").

NOW, under the Note, the entire loan is due and payable in full on the January 31, 2024, and, to date, Borrower has not paid the Loan Amount in full.

NOW, Lender has agreed to extend Borrower's time to satisfy the Note until March 31, 2024, upon compliance by Borrower of the following terms and conditions:

1. Borrower agrees to pay to Lender upon payoff of the Note an extension fee in the amount of $14,610.00.
2. Borrower agrees to comply with all of the other terms of the Note and other loan documents.

Provided Borrower satisfies all of the terms herein, Borrower shall have until March 31, 2024, to satisfy the Note. In the event Borrower fails to satisfy the Note by March 31, 2024, interest will be accrued at the default rate under the terms of the Note and other loan documents.

At Lender's sole discretion, Lender may instruct Superior Loan Servicing ("SLS") to continue accepting payments from Borrower past March 31, 2024, at the original terms stated in the Note and other loan documents, as hereby modified. Borrower authorizes SLS to either (A) initiate, and/or continue the initiation of, ACH direct debit transactions from Borrower's bank account supplied to SLS; and/or (B) otherwise accept monthly payments due and owing on the Note in the form of paper checks or as otherwise agreed by and between SLS and Borrower. If the Current Maturity Date of the Note has passed, the continued acceptance of payments by Lender is at the sole and absolute discretion of the Lender, and Lender is not obligated to accept such payments. Lender reserves the right to cease or discontinue acceptance of payments from Borrower at any time and to pursue all of its available remedies under the Note and other loan documents.

All other terms of the Note, Mortgage and other loan documents will remain in full force and effect.

DocuSign Envelope ID: 90647641-1A47-476E-BBF0-4F8428ECAD9B

| LENDER: | BORROWER: |
|---|---|
| LOAN FUNDER LLC, Series 22540 | PSB NY Holdings LLC |

By: *Gail Glidewell* (signature)

Name: Gail Glidewell
Title: General Counsel

By: *Paul Boyington* (DocuSigned, 1DAA261269AB446)

Name: Paul Boyington

By: *Paul Boyington* (DocuSigned, 1DAA261269AB446)

Paul Boyington,
Individually, as Guarantor