# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                         Chapter 11

PSB NY Holdings, LLC,                          Case No. 1-25-42191-ess

                                                       AFFIDAVIT IN SUPPORT OF
                            Debtor.        MOTION FOR RELIEF FROM STAY
-----------------------------------------------------------X

LUCAS SAMBROOK, being duly sworn, deposes and says:

1. I am an authorized signatory of secured creditor HOF GRANTOR TRUST 1 ("HOF"). As such, I am thoroughly familiar with all of the facts and circumstances thereof, based upon my review of the books and records of the Movant, kept in the regular course of business.

2. I have examined all the matters set forth in the affirmation of counsel for Movant, and find same to be true to my knowledge.

3. Based upon movant's records, and the loan documents attached as <u>Exhibits A & B</u>, the outstanding balance owed to the Movant by the debtor as of October 29, 2025 is in the amount of **$746,690.04**. (See attached breakdown, not be used as a payoff figure.)

4. Furthermore, the debtor/borrower has not made any post-petition payments to the movant. The borrower has been in default of the subject loan agreement(s) since the original maturity date of 8/5/22, despite several extensions to 3/31/24, and the debt remains due to date.

Wherefore, it is respectfully requested that the Movant's motion for relief from the automatic stay be granted in its entirety.

                                                      HOF GRANTOR TRUST 1

                                                      By:_____
                                                      LUCAS SAMBROOK, Authorize Signatory

Sworn to before me this
__30__ day of October, 2025

_____
Notary Public

                                         Michal Mirski
                               Notary Public, State of New York
                                  No. 02MI0009944
                                  Qualified in New York
                             Commission Expires on June 20, 2025

**RE:** Borrower: PSB NY Holdings, LLC
Debtor BK #: 1-25-42191-ess
Loan #: ending with 2540

## COMPUTATION OF AMOUNT OF TOTAL CLAIM
## AS OF October 29, 2025

| | |
|---|---|
| Principal: | $424,925.00 |
| Interest through 10/29/25 @24% default rate: | $199,842.57 |
| Escrow Advancements & Fees/costs: | |
| Broker Price Opinion | $    321.00 |
| Late fees | $  4,113.96 |
| Title Fee | $  1,851.57 |
| Appraisals | $  1,950.00 |
| F/P Insurance | $12,919.00 |
| RP Taxes | $19,550.80 |
| Extension Fees | $53,825.00 |
| Foreclosure Legal fees and costs | $17,204.85 |
| Reserve | $  4,338.63 |
| NSF Charges & Demand Fees | $    720.00 |
| Other fees and costs | $  5,341.66 |
| **TOTAL AMOUNT DUE:** | **$746,690.04*** |

*This amount shall not be considered a payoff amount.