# EXHIBIT E

R25-01233
File No. **R25-01233**

## APPRAISAL OF



### LOCATED AT:

**721 SHAD CREEK ROAD
QUEENS, NY 11693**

### FOR:

**LOAN FUNDER LLC
645 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY, 10022**

### BORROWER:

**LOAN FUNDER LLC**

### AS OF:

**January 27, 2025**

### BY:

**ELIAZER KLEIN**

R25-01233
File No. **R25-01233**

**TAMARISK APPRAISALS**
**LOAN FUNDER LLC**
**645 MADISON AVENUE, 19TH FLOOR**
**NEW YORK, NY, 10022**

File Number:  **R25-01233**

In accordance with your request, I have appraised the real property at:

**721 SHAD CREEK ROAD**
**QUEENS, NY  11693**

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved.
The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   **January 27, 2025**                           is :

**$720,000**
**Seven Hundred Twenty Thousand  Dollars**

The attached report contains the description, analysis and supportive data for the conclusions,
final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

**ELIAZER KLEIN**

R25-01233

## Exterior-Only Inspection Residential Appraisal Report     File No. R25-01233

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Property Address | 721 SHAD CREEK ROAD | City | QUEENS | State | NY | Zip Code | 11693 |

Borrower **LOAN FUNDER LLC**  Owner of Public Record **PSB NY HOLDINGS LLC**  County **QUEENS**

Legal Description **SECTION: 58 BLOCK: 15308 LOT: 42**

Assessor's Parcel # **15308-0042**  Tax Year **2024**  R.E. Taxes $ **4,283**

Neighborhood Name **BROAD CHANNEL**  Map Reference **SEE MAP**  Census Tract **1072.01**

Occupant [X] Owner [ ] Tenant [ ] Vacant  Special Assessments $ **0**  [ ] PUD  HOA $ **0** [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) **PRE-FORCLOSURE**

Lender/Client **LOAN FUNDER LLC**  Address **645 MADISON AVENUE, 19TH FLOOR, NEW YORK, NY 10022**

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s). **PER MLS; NO RECENT PUBLIC LISTING FOUND ON SUBJECT.**

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $  Date of Contract  Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | [X] Urban [ ] Suburban [ ] Rural | Property Values | [ ] Increasing [X] Stable [ ] Declining | PRICE | AGE | One-Unit | 40% |
| Built-Up | [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | $(000) | (yrs) | 2-4 Unit | 40% |
| Growth | [ ] Rapid [X] Stable [ ] Slow | Marketing Time | [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 200 Low | 1 | Multi-Family | 10% |
| | | | | 900 High | 120 | Commercial | 10% |
| | | | | 500 Pred. | 60 | Other | % |

Neighborhood Boundaries **WEST 3RD ST TO THE NORTH, BEACH CHANNEL RD TO THE SOUTH, BEACH 108TH ST TO THE WEST AND CHURCH ST TO THE EAST.**

Neighborhood Description **THE SUBJECT IS LOCATED IN A RESIDENTIAL AREA SURROUNDED BY VARIOUS STYLE AND AGED HOMES. ALL SUPPORT FACILITIES, SCHOOLS AND SHOPPING AREAS APPEAR ADEQUATE AND WITHIN REASONABLE DRIVING DISTANCES.**

Market Conditions (including support for the above conclusions) **DEMAND & SUPPLY FOR RESIDENTIAL PROPERTY IS CURRENTLY IN AVERAGE SUPPLY AND VALUES ARE STABLE WITHIN THE MARKET AREA. (SEE ATTACHED MC ADDENDUM)**

| Dimensions **29*168** | Area **4872 sf** | Shape **REGULAR** | View **B;Wtr;** |

Specific Zoning Classification **R3A**  Zoning Description **RESIDENTIAL**

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street **MACADAM** | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley **NONE** | | |

FEMA Special Flood Hazard Area [X] Yes [ ] No  FEMA Flood Zone **AE**  FEMA Map # **360497 0377F**  FEMA Map Date **09/11/2009**

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe. **NO APPARENT ADVERSE EASEMENT, ENCROACHMENTS, OR OTHER SUCH FACTORS WERE OBSERVED BY OR DISCLOSED TO THE APPRAISER. CURRENT USE APPEARS TO BE LEGAL AND CONFORMING. ENVIRONMENTAL CONDITIONS: AS OF THE DAY OF THE INSPECTION NONE NOTED.**

Source(s) Used for Physical Characteristics of Property [ ] Appraisal Files [ ] MLS [X] Assessment and Tax Records [ ] Prior Inspection [ ] Property Owner
[ ] Other (describe)  Data Source(s) for Gross Living Area **COMPS INC.**

| GENERAL DESCRIPTION | | GENERAL DESCRIPTION | | FOUNDATION | Heating / Cooling | Amenities | Car Storage |
|---|---|---|---|---|---|---|---|
| Units | [X] One [ ] One with Accessory Unit | [X] Concrete Slab [ ] Crawl Space | [ ] FWA [X] HWBB | Fireplace(s) # **0** | [ ] None |
| # of Stories **2** | | [ ] Full Basement [ ] Finished | [ ] Radiant | WoodStove(s) # **0** | [X] Driveway  # of Cars **1** |
| Type | [X] Det. [ ] Att. [ ] S-Det./End Unit | [ ] Partial Basement [ ] Finished | [ ] Other | [X] Patio/Deck CNCRT | Driveway Surface **CONCRETE** |
| [X] Existing [ ] Proposed [ ] Under Const. | | Exterior Walls **MASON/GD** | Fuel **GAS** | [X] Porch **1** | [ ] Garage  # of Cars **0** |
| Design (Style) **COLONIAL** | | Roof Surface **ASPH. SH./GD** | [ ] Central Air Conditioning | Pool **NONE** | [ ] Carport  # of Cars **0** |
| Year Built **1930** | | Gutters & Downspouts **ALUMINUM** | [X] Individual | Fence **NONE** | [ ] Attached [ ] Detached |
| Effective Age (Yrs) **5** | | Window Type **ALUMINUM** | [ ] Other | Other **NONE** | [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains: **7** Rooms  **4** Bedrooms  **2.1** Bath(s)  **2292** Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.) **NONE**

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.). **C2;SUBJECT IS TO BE RENOVATED. SEE ATTACHED REPAIR LIST/BUDGET . THIS APPRAISAL WAS COMPLETED "SUBJECT TO" ITS COMPLETION.**

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No  If Yes, describe.
**NO ADVERSE CONDITIONS WERE NOTED. THE APPRAISER IS NOT FULLY QUALIFIED TO RENDER A DECISION ON THE SUBJECTS STRUCTURAL INTEGRITY.**

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No  If No, describe.

R25-01233

## Exterior-Only Inspection Residential Appraisal Report
File No. R25-01233

| There are | **2** | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 550,000 to $ 740,000 |
| There are | **4** | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 550,000 to $ 740,000 |

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 721 SHAD CREEK ROAD QUEENS, NY 11693 | 1201 CROSS BAY BLVD QUEENS, NY 11693 | | 1406 CROSS BAY BLVD QUEENS, NY 11693 | | 39 15TH RAOD QUEENS, NY 11693 | |
| Proximity to Subject | | 0.25 miles SE | | 0.37 miles SE | | 0.38 miles SW | |
| Sale Price | $ | | $ 650,000 | | $ 570,100 | | $ 550,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 247.90 sq. ft. | | $ 349.33 sq. ft. | | $ 264.42 sq. ft. | |
| Data Source(s) | | COMPASS #L3537671;DOM 145 | | ZILLOW #S1695176;DOM 21 | | COMPASS #L3589581;DOM 84 | |
| Verification Source(s) | | ACRIS/PRCL ID#15317-35 | | ACRIS/PARCEL ID#15479-21 | | ACRIS/PRCL ID#15319-62 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s11/24;c08/24 | | s04/24;c04/24 | | s09/23;c04/23 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 4872 sf | 2575 sf | 11,485 | 4924 sf | 0 | 2500 sf | 11,860 |
| View | B;Wtr; | N;Res; | 40,000 | N;Res; | 40,000 | N;Res; | |
| Design (Style) | DT2;COLONIAL | DT2;COLONIAL | | DT2;COLONIAL | | DT2;COLONIAL | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 95 | 105 | 0 | 100 | 0 | 105 | 0 |
| Condition | C2 | C3 | 65,000 | C3 | 57,010 | C4 | 110,000 |
| Above Grade | Total 7 Bdrms 4 Baths 2.1 | Total 6 Bdrms 3 Baths 2.0 | 0 | Total 4 Bdrms 2 Baths 1.1 | | Total 7 Bdrms 4 Baths 2.1 | |
| Room Count | | | 2,500 | | 5,000 | | |
| Gross Living Area | 50 2292 sq. ft. | 2622 sq. ft. | -16,500 | 1632 sq. ft. | 33,000 | 2080 sq. ft. | 10,600 |
| Basement & Finished | 0sf | 0sf | | 720sf0sfwu | -10,000 | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | 4 BEDROOMS | 3 BEDROOMS | 0 | 2 BEDROOMS | 50,000 | 4 BEDROOMS | |
| Heating/Cooling | HWBB | HWBB | | HWBB | | HWBB | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | 1dw | None | 2,500 | 1dw | | None | 2,500 |
| Porch/Patio/Deck | PATIO/PORCH | PATIO/PORCH | | PATIO/PORCH | | PATIO | 0 |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 104,985 | ☒ + ☐ - $ | 175,010 | ☒ + ☐ - $ | 134,960 |
| Adjusted Sale Price of Comparables | | Net Adj. 16.2% Gross Adj. 21.2% $ | 754,985 | Net Adj. 30.7% Gross Adj. 34.2% $ | 745,110 | Net Adj. 24.5% Gross Adj. 24.5% $ | 684,960 |

☒ I did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) **COMPS INC.**
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) **COMPS INC.**
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | COMPS INC. | COMPS, INC. | COMPS INC. | COMPS INC. |
| Effective Date of Data Source(s) | 01/27/2025 | 01/27/2025 | 01/27/2025 | 01/27/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales   AS PER PUBLIC RECORDS (COMPS, INC.): NO SALES HISTORY WERE FOUND ON SUBJECT WITHIN THE PAST THREE YEARS AND PAST YEAR FOR THE COMPARABLE SALES.

Summary of Sales Comparison Approach   SEE ATTACHED ADDENDUM

Indicated Value by Sales Comparison Approach $ **720,000**

Indicated Value by: Sales Comparison Approach $ **720,000** Cost Approach (if developed) $ 721,100 Income Approach (if developed) $ 0
FULL CONSIDERATION AND EMPHASIS WAS GIVEN TO THE SALES COMPARISON APPROACH TO VALUE. THE COST APPROACH IS SUPPORTIVE OF THE SALES COMPARISON APPROACH TO VALUE. THE INCOME APPROACH IS NOT APPLICABLE IN THIS PRIMARILY OWNER OCCUPIED AREA.

This appraisal is made ☐ "as is," ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   SEE ATTACHED ADDENDUM

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the real property that is the subject of this report is $ **720,000** as of **01/27/2025** , which is the date of inspection and the effective date of this appraisal.

**Appraisal**

**R25-01233**

## Exterior-Only Inspection Residential Appraisal Report    File No. R25-01233

**ADDITIONAL COMMENTS**

NO EMPLOYEE, DIRECTOR, OFFICER OR AGENT OF THE LENDER, OR ANY OTHER THIRD PARTY ACTING AS A JOINT VENTURE PARTNER, INDEPENDENT CONTRACTOR, APPRAISAL MANAGEMENT COMPANY, OR PARTNER ON BEHALF OF THE LENDER HAS INFLUENCED OR ATTEMPTED TO INFLUENCE THE DEVELOPMENT, REPORTING, RESULT OR REVIEW OF THIS ASSIGNMENT THROUGH COERCION, EXTORTION, COLLUSION, COMPENSATION, INSTRUCTION, INDUCEMENT, INTIMIDATION, BRIBERY OR IN ANY OTHER MANNER.

I HAVE NOT BEEN CONTACTED BY ANYONE OTHER THAN THE INTENDED USER (LENDER/CLIENT AS IDENTIFIED ON THE FIRST PAGE OF THE REPORT) BORROWER OR DESIGNATED CONTACT TO MAKE AN APPOINTMENT TO ENTER THE PROPERTY. I AGREE TO IMMEDIATELY REPORT TO ANY UNAUTHORIZED CONTACTS EITHER PERSONALLY, BY PHONE OR ELECTRONICALLY.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    IT IS COMMON IN THE AREA FOR LAND TO RATIO TO EXCEED 25% OF PROPERTY VALUE AND IT DOES NOT AFFECT MARKETABILITY. SITE VALUE WAS UTILIZED THROUGH THE EXTRACTION METHOD, WHICH IS USED TO ESTIMATE A SITE VALUE AS IF IT WOULD BE VACANT.

**COST APPROACH**

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

| | | |
|---|---|---|
| OPINION OF SITE VALUE | ............................ = $ | 325,000 |
| Dwelling    2,292 Sq. Ft. @ $   200.00 | ............ = $ | 458,400 |
| Sq. Ft. @ $ | ............ = $ | 0 |

Source of cost data  NYC FINANCE

Quality rating from cost service  GOOD   Effective date of cost data  06/2024

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

SEE ABOVE

| | | |
|---|---|---|
| Garage/Carport    Sq. Ft. @ $ | ............ = $ | 0 |
| Total Estimate of Cost-New | ............ = $ | 458,400 |
| Less   50  Physical  Functional  External | | |
| Depreciation  $82,333 | = $ ( | 82,333 |
| Depreciated Cost of Improvements | ...................... = $ | 376,067 |
| "As-is" Value of Site Improvements | ...................... = $ | 20,000 |

Estimated Remaining Economic Life (HUD and VA only)   **45** Years   INDICATED VALUE BY COST APPROACH ...................... = $   **721,100**

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____   Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No  Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

Total number of phases _____ Total number of units _____ Total number of units sold _____

Total number of units rented _____ Total number of units for sale _____ Data source(s) _____

Was the project created by the conversion of an existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Exterior-Only Inspection Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

R25-01233
**Exterior-Only Inspection Residential Appraisal Report**    File No. R25-01233

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

R25-01233

## Exterior-Only Inspection Residential Appraisal Report
File No. R25-01233

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name **ELIAZER KLEIN** | Name |
| Company Name **APPRAISAL SOURCE, INC.** | Company Name |
| Company Address **1274 49TH STREET, SUITE 560** | Company Address |
| **BROOKLYN, NY 11219** | |
| Telephone Number **212-402-8310** | Telephone Number |
| Email Address **INFO@APPRAISALSOURCENY.COM** | Email Address |
| Date of Signature and Report **01/31/2025** | Date of Signature |
| Effective Date of Appraisal **01/27/2025** | State Certification # |
| State Certification # **45000046847** | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State **NY** | |
| Expiration Date of Certification or License **07/09/2026** | |

ADDRESS OF PROPERTY APPRAISED
**721 SHAD CREEK ROAD**
**QUEENS, NY 11693**

APPRAISED VALUE OF SUBJECT PROPERTY $      **720,000**

LENDER/CLIENT
Name **TAMARISK APPRAISALS**
Company Name **LOAN FUNDER LLC**
Company Address **645 MADISON AVENUE, 19TH FLOOR**
**NEW YORK, NY 10022**
Email Address

SUBJECT PROPERTY
☐ Did not inspect exterior subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

Freddie Mac Form 2055  March 2005          UAD Version 9/2011          Produced using ACI software, 800.234.8727 www.aciweb.com          Fannie Mae Form 2055 March 2005
Page 6 of 6          2055_05UAD 12182015

Appraisal

R25-01233

## Exterior-Only Inspection Residential Appraisal Report

File No. R25-01233

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | | COMPARABLE SALE NO. 5 | | | COMPARABLE SALE NO. 6 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 721 SHAD CREEK ROAD | 50 WEST 16TH ROAD | | | 1215 CROSS BAY BLVD | | | | | |
| Address | QUEENS, NY 11693 | BROAD CHANNEL NY 11693 | | | QUEENS, NY 11693 | | | | | |
| Proximity to Subject | | 0.45 miles SW | | | 0.28 miles SE | | | | | |
| Sale Price | $ | | $ | 740,000 | | $ | 699,000 | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 369.63 sq. ft. | | | $ 338.99 sq. ft. | | | $ 0.00 sq. ft. | | |
| Data Source(s) | | SE #REMAX;DOM 204 | | | COMPASS #L3591308;DOM 27 | | | | | |
| Verification Source(s) | | ACRIS/PRCL ID#15321-10,14 | | | ACRIS/PARCEL ID#15317-44 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | | +(-) $ Adjustment | DESCRIPTION | | +(-) $ Adjustment | DESCRIPTION | | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | | Listing | | | | | |
| Concessions | | Conv;0 | | | ;0 | | | | | |
| Date of Sale/Time | | s09/23;c04/23 | | | c12/24 | | -62,910 | | | |
| Location | N;Res; | N;Res; | | | N;Res; | | | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | | FEE SIMPLE | | | | | |
| Site | 4872 sf | 10000 sf | | -25,640 | 2500 sf | | 11,860 | | | |
| View | B;Wtr; | B;Wtr; | | | A;Busy Street; | | 80,000 | | | |
| Design (Style) | DT2;COLONIAL | DT2;COLONIAL | | | DT2;COLONIAL | | | | | |
| Quality of Construction | Q4 | Q4 | | | Q4 | | | | | |
| Actual Age | 95 | 100 | | 0 | 32 | | 0 | | | |
| Condition | C2 | C2 | | | C3 | | 69,900 | | | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | | Total / Bdrms / Baths | | | Total / Bdrms / Baths | | |
| Room Count | 7 / 4 / 2.1 | 6 / 3 / 2.0 | | 2,500 | 6 / 3 / 1.2 | | 2,500 | | | |
| Gross Living Area | 50  2292 sq. ft. | 2002 sq. ft. | | 14,500 | 2062 sq. ft. | | 11,500 | | sq. ft. | |
| Basement & Finished | 0sf | 0sf | | | 768sf768sfwu | | -10,000 | | | |
| Rooms Below Grade | | | | | 1rr0br0.0ba0o | | 0 | | | |
| Functional Utility | 4 BEDROOMS | 3 BEDROOMS | | 0 | 3 BEDROOMS | | 0 | | | |
| Heating/Cooling | HWBB | HWBB | | | HWBB | | | | | |
| Energy Efficient Items | NONE | NONE | | | NONE | | | | | |
| Garage/Carport | 1dw | 1dw | | | 1dw | | | | | |
| Porch/Patio/Deck | PATIO/PORCH | PATIO/PORCH | | | PATIO | | 0 | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Net Adjustment (Total) | | ☐ +  ☒ -  $ | | 8,640 | ☒ +  ☐ -  $ | | 102,850 | ☐ +  ☐ -  $ | | |
| Adjusted Sale Price | | Net Adj.  -1.2% | | | Net Adj.  14.7% | | | Net Adj.  % | | |
| of Comparables | | Gross Adj. 5.8% | $ | 731,360 | Gross Adj. 35.6% | $ | 801,850 | Gross Adj.  % | $ | |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | COMPS INC. | COMPS INC. | COMPS, INC. | |
| Effective Date of Data Source(s) | 01/27/2025 | 01/27/2025 | 01/27/2025 | |
| Summary of Sales Comparison Approach | | | | |

R25-01233
File No. R25-01233

## Uniform Appraisal Dataset Definitions

### Condition Ratings and Definitions

**C1**    The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation."

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**    The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**    The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**    The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**    The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**    The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

**Q1**    Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**    Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**    Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**    Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**    Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**    Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated**
Little or no updating or modernization. This description includes, but is not limited to, new homes.
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

**Updated**
The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**
Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/ or expansion.
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following:  replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

The number of full and half baths is reported by separating the two values by a period. The full bath is represented to the left of the period. The half bath count is represented to the right of the period.  Three-quarter baths are to be counted as a full bath in all cases. Quarter baths (baths that feature only toilet) are not to be included in the bathroom count.

**R25-01233**

## Uniform Appraisal Dataset Definitions

File No. R25-01233

### Abbreviations Used in Data Standardization Text

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---------|-----------|--------------------|---------|-----------|--------------------|
| ac | Acres | Area, Site | in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| AdjPrk | Adjacent to Park | Location | Lndfl | Landfill | Location |
| AdjPwr | Adjacent to Power Lines | Location | LtdSght | Limited Sight | View |
| A | Adverse | Location & View | Listing | Listing | Sale or Financing Concessions |
| ArmLth | Arms Length Sale | Sale or Financing Concessions | MR | Mid-Rise Structure | Design(Style) |
| AT | Attached Structure | Design(Style) | Mtn | Mountain View | View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade | N | Neutral | Location & View |
| br | Bedroom | Basement & Finished Rooms Below Grade | NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| B | Beneficial | Location & View | op | Open | Garage/Carport |
| BsyRd | Busy Road | Location | o | Other | Basement & Finished Rooms Below Grade |
| cp | Carport | Garage/Carport | o | Other | Design(Style) |
| Cash | Cash | Sale or Financing Concessions | Prk | Park View | View |
| CtySky | City View Skyline View | View | Pstrl | Pastoral View | View |
| CtyStr | City Street View | View | PwrLn | Power Lines | View |
| Comm | Commercial Influence | Location | PubTrn | Public Transportation | Location |
| c | Contracted Date | Date of Sale/Time | rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Conv | Conventional | Sale or Financing Concessions | Relo | Relocation Sale | Sale or Financing Concessions |
| cv | Covered | Garage/Carport | REO | REO Sale | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions | Res | Residential | Location & View |
| DOM | Days On Market | Data Sources | RT | Row or Townhouse | Design(Style) |
| DT | Detached Structure | Design(Style) | RH | Rural Housing - USDA | Sale or Financing Concessions |
| dw | Driveway | Garage/Carport | SD | Semi-detached Structure | Design(Style) |
| Estate | Estate Sale | Sale or Financing Concessions | s | Settlement Date | Date of Sale/Time |
| e | Expiration Date | Date of Sale/Time | Short | Short Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions | sf | Square Feet | Area, Site, Basement |
| g | Garage | Garage/Carport | sqm | Square Meters | Area, Site, Basement |
| ga | Garage - Attached | Garage/Carport | Unk | Unknown | Date of Sale/Time |
| gbi | Garage - Built-in | Garage/Carport | VA | Veterans Administration | Sale or Financing Concessions |
| gd | Garage - Detached | Garage/Carport | wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| GR | Garden Structure | Design(Style) | wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| GlfCse | Golf Course | Location | WtrFr | Water Frontage | Location |
| Glfvw | Golf Course View | View | Wtr | Water View | View |
| HR | High Rise Structure | Design(Style) | w | Withdrawn Date | Date of Sale/Time |
| Ind | Industrial | Location & View | Woods | Woods View | View |

### Other Appraiser-Defined Abbreviations

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---------|-----------|--------------------|---------|-----------|--------------------|
| | | | | | |

## ADDENDUM

| Borrower: LOAN FUNDER LLC | | File No.: R25-01233 | |
|---|---|---|---|
| Property Address: 721 SHAD CREEK ROAD | | Case No.: R25-01233 | |
| City: QUEENS | State: NY | | Zip: 11693 |
| Lender: LOAN FUNDER LLC | | | |

AS SUBJECT APPEARS TO BE IN THE MIDST OF CONSTRUCTION APPRAISER RELIED ON GLA FOUND ON PUBLIC RECORDS FOR SUBJECT PROPERTY.GLA MIGHT DIFFER GLA ON PUBLIC RECORDS AN INTERIOR INSPECTION IS STRONGLY RECOMMENDED IF GLA DETERMINED TO BE INACCURATE APPRAISER RESERVES THE RIGHT TO ALTER THE REPORT.

-----

THE APPRAISER CERTIFIES AND AGREES THAT THIS APPRAISAL WAS PREPARED IN ACCORDANCE WITH THE REQUIREMENTS OF TITLE XI OF THE FINANCIAL INSTITUTIONS, REFORM, RECOVERY, AND ENFORCEMENT ACT (FIRREA) OF 1989, AS AMENDED (12 U.S.C. 3331 ET SEQ.), AND ANY APPLICABLE IMPLEMENTING REGULATIONS IN EFFECT AT THE TIME THE APPRAISER SIGNS THE APPRAISAL CERTIFICATION

-----

AS IS VALUE IS $450,000 WAS BASED ON THE FOLLOWING COMPARABLES:

118 NOEL ROAD $485,000

16 WEST 11TH ROAD $422,000

14 WEST 5TH ROAD $425,000

-----

APPRAISER DID NOT INSPECT THE INTERIOR OF THE SUBJECT, PROPERTY CHARACTERISTICS WERE BASED ON A DRIVEBY INSPECTION AND PER CLIENTS REQUEST, THE APPRAISAL WAS COMPLETED ON A 2055 DRIVE-BY FORM. PHYSICAL CHARACTERISTICS AND GROSS LIVING AREA FOR THE SUBJECT WAS TAKEN FROM THE ASSESSMENT REPORT, LISTING INFORMATION ON SUBJECT, PREVIOUS APPRAISAL SUPPLIED BY CLIENT AND APPRAISERS DRIVEBY OBSERVATION OF THE SUBJECT. THEREFOR NO INTERIOR PHOTOS OF SKETCH WERE PROVIDED.

-----

SUBJECT IS TO BE RENOVATED. SEE ATTACHED REPAIR LIST/BUDGET . THIS APPRAISAL WAS COMPLETED "SUBJECT TO" ITS COMPLETION.

-----

PRIOR SERVICES - THE APPRAISER OF THIS REPORT, AS INDICATED IN THE SIGNATURE SECTION, HAS NOT PROVIDED ANY PRIOR SERVICES FOR THE SUBJECT PROPERTY IN THE 36 MONTHS PRIOR TO THE EFFECTIVE DATE OF THE REPORT.

EXPOSURE TIME - A REASONABLE EXPOSURE TIME FOR THE SUBJECT PROPERTY AT THE OPINION OF VALUE INDICATED IS ESTIMATED TO BE 3-6 MONTHS AND WAS DERIVED WITH SIMILAR COMPARABLE SALES IN THE AREA.

-----

INFORMATION ON PRIOR LISTING ARE NOT AVAILABLE TO THE APPRAISER THROUGH ANY PUBLIC SOURCE, THEREFORE WAS LEFT BLANK IN THE MC ADDENDUM.

-----

APPRAISER NOTES; SUBJECTS VALUE EXCEEDS THE PREDOMINANT VALUES IN THE AREA, WHICH IS DUE TO SUBJECTS LARGE GROSS LIVING AREA AND ITS OVERALL GOOD CONDITION. SUBJECT IS NOT CONSIDERED AN OVER IMPROVEMENT IN THE AREA.

**Comments on Sales Comparison**

DUE TO LACK OF SIMILAR SALES IN THE AREA, APPRAISER COULD NOT MEET CLIENTS GUIDELINE OF 2 COMPARABLES WITHIN THE PAST 90 DAYS. IN APPRAISER'S OPINION, THE ABOVE COMPARABLE ARE A GOOD INDICATION OF SUBJECT'S CURRENT MARKET VALUE.

DUE TO LACK OF SIMILAR SALES IN THE AREA, APPRAISER EXCEEDED THE RECOMMENDED SIX MONTH GUIDELINE FOR COMPARABLE SALE #2.. IN APPRAISER'S OPINION, THE ABOVE COMPARABLE ARE A GOOD INDICATION OF SUBJECT'S CURRENT MARKET VALUE. DUE TO THE RECENT STABLE MARKET, NO TIME ADJUSTMENTS WERE DEEMED NECESSARY.

A $40,000 ADJUSTMENT HAS BEEN APPLIED TO COMPARABLES #1 AND 2WHICH ARE LOCATED ON A RESIDENTIAL STREET AND IS SUPPORTED BY THE PAIRED SALES ANALYSIS.

A $80,000 ADJUSTMENT HAS BEEN APPLIED FOR COMPARABLE SALE #5 WHICH IS LOCATED ON A BUSY STREET AND IS SUPPORTED BY THE PAIRED SALES ANALYSIS.

PER MLS LISTING/LOCAL BROKER ON COMPARABLES #1,2 AND 5; THESE PROPERTIES WERE FOUND TO BE IN GOOD CONDITION VS. THE SUBJECT WHICH HAS RECENTLY BEEN GUT RENOVATED AND WERE THEREFORE ADJUSTED FOR CONDITION ACCORDINGLY AT10% WHICH IS SUPPORTED BY THE PAIRED SALES ANALYSIS.

PER MLS LISTING/LOCAL BROKER ON COMPARABLE #3; THIS PROPERTY WAS FOUND TO BE IN AVERAGE CONDITION VS. THE SUBJECT WHICH HAS RECENTLY BEEN GUT RENOVATED AND WERE THEREFORE ADJUSTED FOR CONDITION ACCORDINGLY AT20% WHICH IS SUPPORTED BY THE PAIRED SALES ANALYSIS.

A $2,500 HALF BATHROOM ADJUSTMENT AND A $5,000 FULL BATHROOM ADJUSTMENT HAVE BEEN APPLIED TO COMPARABLES AND IS SUPPORTED BY THE PAIRED SALES ANALYSIS.

A $50,000/BEDROOM WAS ADJUSTED FOR COMPARABLE SALE #2'S FUNCTIONAL UTILITY WHICH IS A 2 BEDROOM DWELLING VS THE SUBJECT AND COMPARABLES WHICH HAVE 3 OR MORE BEDROOMS AND IS CONSIDERED INFERIOR IN THE MARKET. ADJUSTMENTS ARE SUPPORTED BY THE PAIRED SALES ANALYSIS.

A $5 PER SQ FT SITE ADJUSTMENTS HAVE BEEN APPLIED TO COMPARABLE SALES TO REFLECT THE DIFFERENCES OF SUBJECT'S LOT SIZE, AND IS SUPPORTED BY THE PAIRED SALES ANALYSIS.

## ADDENDUM

| | |
|---|---|
| Borrower: LOAN FUNDER LLC | File No.: R25-01233 |
| Property Address: 721 SHAD CREEK ROAD | Case No.: R25-01233 |
| City: QUEENS | State: NY | Zip: 11693 |
| Lender: LOAN FUNDER LLC | |

THE SUBJECT PROPERTY BENEFITS FROM 2,292 /SQUARE FEET OF GROSS LIVING AREA (GLA).
A $50/PER SQ.FT WAS ADJUSTED FOR GROSS LIVING AREA WHICH IS SUPPORTED BY THE PAIRED SALES ANALYSIS.

DUE TO THE LACK OF SALES IN THE AREA, APPRAISER WAS COMPELLED TO EXCEED THE RECOMMENDED 20% GLA
VARIANCE GUIDELINE, THE 10% LINE ADJUSTMENT GUIDELINE, THE 15% NET ADJUSTMENT GUIDELINE AND THE 25% GROSS
ADJUSTMENT GUIDELINE FOR SOME COMPARABLES, HOWEVER, IN THE APPRAISER'S OPINION THE UTILIZED SALES AS
ADJUSTED PROVIDE GOOD INDICATION OF SUBJECT'S CURRENT MARKET VALUE.

APPRAISER NOTES; COMPARABLE SALES WHICH DIFFER SUBJECT'S GLA BY LESS THAN 100 SF IS CONSIDERED BRACKETING
AND WAS THEREFORE NOT ADJUSTED DUE TO THEIR SIMILARITY IN MARKETABILITY.

**WHEN RECONCILING, MOST WEIGHT WAS GIVEN TO COMPARABLE SALES #1 AND 3 WHICH ARE THE LEAST GROSS
ADJUSTED SALES.**

**Conditions of Appraisal**
THE INTENDED USER OF THIS APPRAISAL REPORT IS THE LENDER/CLIENT. THE INTENDED USE IS TO EVALUATE THE
PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR A MORTGAGE FINANCE TRANSACTION, SUBJECT TO THE STATED
SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND
DEFINITION OF MARKET VALUE. NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

R25-01233

## Market Conditions Addendum to the Appraisal Report

File No. R25-01233

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address **721 SHAD CREEK ROAD**  City **QUEENS**  State **NY**  Zip Code **11693**

Borrower **LOAN FUNDER LLC**

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 3 | 0 | 0 | Increasing | X Stable | Declining |
| Absorption Rate (Total Sales/Months) | 0.50 | 2.33 | 1.33 | Increasing | X Stable | Declining |
| Total # of Comparable Active Listings | N/A | N/A | 2 | Declining | X Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab. Rate) | N/A | N/A | 1.50 | Declining | X Stable | Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 570,100 | 650,000 | 600,000 | Increasing | X Stable | Declining |
| Median Comparable Sales Days on Market | 150 | 120 | 150 | Declining | X Stable | Increasing |
| Median Comparable List Price | N/A | N/A | 654,000 | Increasing | X Stable | Declining |
| Median Comparable Listings Days on Market | N/A | N/A | 85 | Declining | X Stable | Increasing |
| Median Sale Price as % of List Price | 91.00% | 91.00% | 91.00% | Increasing | X Stable | Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | | Yes | X No | Declining | X Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).
**SELLERS CONCESSIONS IN THE AREA IS COMMON AT 1% - 6%, HOWEVER ARE NOT USUALLY RECORDED AND NOT INCLUDED IN THE RECORDED SALES PRICE. THIS IS COMMON IN THE MARKET AREA.**

Are foreclosure sales (REO sales) a factor in the market?  Yes  X No  If yes, explain (including the trends in listings and sales of foreclosed properties).
**REO SALES IN THE AREA DO NOT HAVE AN IMPACT ON THE OVERALL MARKETABILITY IN THE AREA.**

Cite data sources for above information. **THE ABOVE INFORMATION WAS DERIVED FROM THE LOCAL MLS, COMPS. INC. AND CONVERSATIONS WITH LOCAL BROKERS IN THE AREA.**

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
**ALL SALES IN THIS APPRAISAL REPORT ARE CLOSED SALES WHICH SHARE SIMILAR MARKETABILITY TO THE SUBJECT. IN ADDITION, APPRAISER HAS ADDED ACTIVE LISTINGS, WHICH APPRAISER'S OPINION IS A GOOD INDICATION OF SUBJECT'S CURRENT MARKET VALUE.**

| If the subject is a unit in a condominium or cooperative project, complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?  Yes  No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name **ELIAZER KLEIN** | Name |
| Company Name **APPRAISAL SOURCE, INC.** | Company Name |
| Company Address **1274 49TH STREET, SUITE 560** | Company Address |
| **BROOKLYN, NY 11219** | |
| State License/Certification # **45000046847**  State **NY** | State License/Certification #  State |
| Email Address **INFO@APPRAISALSOURCENY.COM** | Email Address |

## SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: **LOAN FUNDER LLC** | File No.: **R25-01233** |
| Property Address: **721 SHAD CREEK ROAD** | Case No.: **R25-01233** |
| City: **QUEENS**    State: **NY** | Zip: **11693** |
| Lender: LOAN FUNDER LLC | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: **January 27, 2025**
Appraised Value: **$ 720,000**



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

## COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: **LOAN FUNDER LLC** | File No.: **R25-01233** |
| Property Address: **721 SHAD CREEK ROAD** | Case No.: **R25-01233** |
| City: **QUEENS** State: **NY** | Zip: **11693** |
| Lender: LOAN FUNDER LLC | |



**COMPARABLE SALE #1**

**1201 CROSS BAY BLVD**
**QUEENS, NY 11693**
Sale Date: **s11/24;c08/24**
Sale Price: $ **650,000**



**COMPARABLE SALE #2**

**1406 CROSS BAY BLVD**
**QUEENS, NY 11693**
Sale Date: **s04/24;c04/24**
Sale Price: $ **570,100**



**COMPARABLE SALE #3**

**39 15TH RAOD**
**QUEENS, NY 11693**
Sale Date: **s09/23;c04/23**
Sale Price: $ **550,000**

COMPARABLE PROPERTY PHOTO ADDENDUM

| Borrower: **LOAN FUNDER LLC** | | File No.: **R25-01233** |
|---|---|---|
| Property Address: **721 SHAD CREEK ROAD** | | Case No.: **R25-01233** |
| City: **QUEENS** | State: **NY** | Zip: **11693** |
| Lender: LOAN FUNDER LLC | | |



**COMPARABLE SALE #4**

**50 WEST 16TH ROAD**
**BROAD CHANNEL NY 11693**
Sale Date: s09/23;c04/23
Sale Price: $ 740,000



**COMPARABLE SALE #5**

**1215 CROSS BAY BLVD**
**QUEENS, NY 11693**
Sale Date: c12/24
Sale Price: $ 699,000



**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

**LOCATION MAP**

| | |
|---|---|
| Borrower: **LOAN FUNDER LLC** | File No.: **R25-01233** |
| Property Address: **721 SHAD CREEK ROAD** | Case No.: **R25-01233** |
| City: **QUEENS** | State: **NY**  Zip: **11693** |
| Lender: LOAN FUNDER LLC | |



| Borrower: **LOAN FUNDER LLC** | | File No.: **R25-01233** |
|---|---|---|
| Property Address: **721 SHAD CREEK ROAD** | | Case No.: **R25-01233** |
| City: **QUEENS** | State: **NY** | Zip: **11693** |
| Lender: LOAN FUNDER LLC | | |



UNIQUE ID NUMBER
45000046847

*State of New York*
*Department of State*
**DIVISION OF LICENSING SERVICES**

FOR OFFICE USE ONLY
Control
No.    1550816

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE
EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS

EFFECTIVE DATE
MO 07 | DAY 10 | YR 24

ALEIN ELIAZER
C/O APPRAISAL SOURCE INC
1254 40TH ST
BROOKLYN, NY 11218

EXPIRATION DATE
MO 07 | DAY 09 | YR 26

HAS BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A
R.E. RESIDENTIAL APPRAISER

In Witness Whereof, The Department of State has caused
its official seal to be hereunto affixed.
ROBERT J. RODRIGUEZ
SECRETARY OF STATE

DOS-1096 (Rev. 3/01)

| | |
|---|---|
| Borrower: **LOAN FUNDER LLC** | File No.:    **R25-01233** |
| Property Address: **721 SHAD CREEK ROAD** | Case No.: **R25-01233** |
| City: **QUEENS**   State: **NY** | Zip: **11693** |
| Lender: LOAN FUNDER LLC | |

KINSALE INSURANCE COMPANY

2035 Maywill Street, Suite 100

Richmond, VA 23230

## ALLIED REALTY PROFESSIONAL LIABILITY DECLARATIONS

| | |
|---|---|
| Policy Number: | 0100306776-0 |
| Producer Number: | 19105 |
| Name and Address: | RSG Specialty, LLC - San Francisco, CA |
| | 44 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94104 |

| | |
|---|---|
| **NAMED INSURED:** | Eliazer Klein |
| | Appraisal Source Inc |
| **MAILING ADDRESS:** | 1274 49th Street Suite 560 |
| | Brooklyn, NY 11218 |
| **POLICY PERIOD:** | FROM 07/13/2024 TO 07/13/2025 at 12:01 AM at the address of the named insured as shown above. |

| RETROACTIVE DATE | |
|---|---|
| Retroactive Date | 07/13/2024 at 12:01 AM at the address of the named insured as shown above. |

| LIMITS OF INSURANCE | |
|---|---|
| Each Claim | $1,000,000 |
| Aggregate Limit | $1,000,000 |

| DEDUCTIBLE(S) | |
|---|---|
| Each Claim | $2,500 |

| PREMIUM AND COMPANY FEES | |
|---|---|
| **PREMIUM:** | $2,000 |
| **COMPANY FEE:** | $150 |
| **TOTAL (OF PREMIUM AND COMPANY FEE):** | $2,150 |

| OPTIONAL EXTENDED REPORTING PERIOD | |
|---|---|
| **Period (in Months)** | **Percentage of Policy Premium** |
| 12 | 100% |
| 24 | 150% |
| 36 | 175% |
| See SECTION IX of the Policy for details | |

TAX RECORD

| | |
|---|---|
| Borrower: **LOAN FUNDER LLC** | File No.: **R25-01233** |
| Property Address: **721 SHAD CREEK ROAD** | Case No.: **R25-01233** |
| City: **QUEENS** | State: **NY** Zip: **11693** |
| Lender: LOAN FUNDER LLC | |

QUEENS ASSESSMENT REPORT

## Property Address

721 SHAD CREEK RD
BROAD CHANNEL NY 11693

## Alternative Address

BROAD CHANNEL NY 11693

### LEGAL

Section : 58
**Block** : 15308
**Lot** : 42
Volume : 6
Census : 1072.01
APN : 4153080042

| | |
|---|---|
| Tax Payers Name | : PSB NY HOLDINGS LLC |
| Owner Occupied | : YES |
| Owner's Name | : PSB NY HOLDINGS LLC |
| Mailing Address | : |

Private Ownership - Either the tax lot has started an "in rem" action or it was onced city owned.

### BUILDING DATA

| | |
|---|---|
| Classification | : B3 |
| Year Built | : 1930 |
| Number of Bldg | : 1 |
| Building Size | : 16.17x65.25 |
| Num of Stories | : 2.00 |
| Bldg Sq Feet | : 2110 |
| Num of Units | : 2 |
| Gross Bldg SF | : 2292 |
| FAR / MAX FAR | : 0.470 / 0.600 |

### PROPERTY DATA

| | | | |
|---|---|---|---|
| Waterfront | : NO | | |
| Lot Size/Shape | : 29.00x168.00 / REGULAR | | |
| Lot Sq Feet | : 4874 | | |
| Corner | : | | |
| Ext | : | Flood Panel : 3604970377F | |
| Tax Class | : 1 | Flood Zone : AE | |
| Police Precinct | : 100 | Panel Date : 09/05/07 | |
| Fire District | : E266 | | |
| Basement | : None/No Basement | | |

Building Classification Definition : B3  CONVERTED (FROM ONE FAMILY)
Zoning :: Map# :: Definition    : R3A :: 24d ::

### TAX DATA

| | | LAND | TOTAL |
|---|---|---|---|
| Current Assessed Value | : | 5,474 | 21,456 |
| Transitional Assessed Value | : | 5,274 | 22,422 |
| Current Exemption | : | 11,220 | 47,700 |
| Current Tax Amount Total | : | 1,093 | 4,283 ** CURRENT EXEMPTIONS NOT INCLUDED |
| Current Market Value According to Assessor : | | | 733,000 |

### VALUE STATISTICS

| | | | | | |
|---|---|---|---|---|---|
| Building Value | : | 545,992 | Land to Value Ratio | : | 26 |
| Bldg Value per Sq FT : | | 517 | Land Value | : | 187,008 |
| Value per Unit | : | 272,996 | Value per Square Foot | : | 38 |

| SALES DATE | SALES PRICE | SELLER | BUYER | DOC_ID | ARMS_LN |
|---|---|---|---|---|---|
| 08/05/21 | 440,000 | OTT, TIMOTHY | PSB NY HOLDINGS LL | 2021100700810001 | Yes |
| 04/21/05 | 465,000 | JAMES, JEFFREY H | OTT, TIMOTHY | 2005050400163001 | No |

**REPAIR/BUDGET LIST**

| | |
|---|---|
| Borrower: **LOAN FUNDER LLC** | File No.: **R25-01233** |
| Property Address: **721 SHAD CREEK ROAD** | Case No.: **R25-01233** |
| City: **QUEENS**         State: **NY** | Zip: **11693** |
| Lender: LOAN FUNDER LLC | |

## SCOPE OF WORK

**PROPERTY ADDRESS:721 Shad Creek Rd. Board Channel, Queens, NY. 11693** — Job Descrption :

| ITEM | COST | Details |
|---|---|---|
| DEMOLITION | $ 1,000.00 | |
| PERMITS | $ - | |
| CLEAN-UP (DUMPSTERS AND WORK) | $ 1,000.00 | |
| RAISING AND BUILDING NEW FOUNDATION | $ 90,000.00 | |
| HELICAL PILINGS (700 each ) | $ 10,000.00 | |
| FRAMING | $ 2,000.00 | |
| SHEETROCK | $ 1,000.00 | |
| TRIM/DRYWALL | $ 1,000.00 | |
| DOORS | $ 1,000.00 | |
| STAIRCASE/HANDRAILS | $ 1,000.00 | |
| MUD AND SUPPLIES | $ 250.00 | |
| FLOORING (FIRST FLOOR) | $ - | |
| FLOORING (SECOND FLOOR IS ALL NEW) | $ 1,000.00 | |
| FLOORING (THIRD FLOOR REHAB EXSISTING ) | $ 1,000.00 | |
| FLOORING (NO BASEMENT) | $ - | |
| ROUGH ELECTRICAL | $ 2,000.00 | |
| FINISH ELECTRICAL | $ 1,500.00 | |
| ROUGH PLUMBING | $ 2,000.00 | |
| FINISH PLUMBING | $ 1,500.00 | |
| KITCHEN CABINETS | $ 1,000.00 | |
| KITCHEN BACKSPLASH, FIXTURES, FINISHES | $ 1,000.00 | |
| KITCHEN COUNTERTOPS (WHAT KIND/MATERIAL.) | $ 1,000.00 | |
| KITCHEN APPLIANCES (500 each) | $ 2,000.00 | |
| KITCHEN WALLS - TILING - PAINTING | $ 1,000.00 | |
| BATHROOM FIXTURES -VANITIES | $ 1,500.00 | |
| BATHROOM TILING | $ 1,000.00 | |
| BATHTUB - SHOWER (500 each) | $ 1,500.00 | |
| BATHROOM WALLS | $ 1,000.00 | |
| WINDOWS (REPAIR/INSTALLATION) | $ 1,000.00 | |
| ROOFING | $ 1,500.00 | |
| SIDING (WHAT KIND/MATERIAL) | $ 1,000.00 | |
| LANDSCAPING | $ 500.00 | |
| FRONT PORCH | $ 500.00 | |
| BACKYARD | $ 250.00 | |
| PAINT (INTERIOR) | $ 1,000.00 | |
| PAINT (EXTERIOR) | $ 1,000.00 | |
| MISC COSTS | | |
| ADDITIONAL ITEMS: | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL:** | **$135,000.00** | |
| PURCHASE | $440,000.00 | |
| REHAB BUDGET | $135,000.00 | |
| GRAND TOTAL | $575,000.00 | |
| DOWN PAYMENT 10% | $ 44,000.00 | |
| **GRAND TOTAL:** | **$531,000.00** | |

AERIAL MAP

| Borrower: **LOAN FUNDER LLC** | File No.: **R25-01233** | |
| Property Address: **721 SHAD CREEK ROAD** | Case No.: **R25-01233** | |
| City: **QUEENS** | State: **NY** | Zip: **11693** |
| Lender: LOAN FUNDER LLC | | |



Subject
721 SHAD CREEK ROAD
QUEENS, NY 11693

**PLAT MAP**

| Borrower: **LOAN FUNDER LLC** | File No.: **R25-01233** |
|---|---|
| Property Address: **721 SHAD CREEK ROAD** | Case No.: **R25-01233** |
| City: **QUEENS** | State: **NY**   Zip: **11693** |
| Lender: **LOAN FUNDER LLC** | |



R25-01233
File No. R25-01233

## USPAP ADDENDUM

| | |
|---|---|
| Borrower: | **LOAN FUNDER LLC** |
| Property Address: | **721 SHAD CREEK ROAD** |
| City: **QUEENS** | County: **QUEENS**   State: **NY**   Zip Code: **11693** |
| Lender: | **LOAN FUNDER LLC** |

### APPRAISAL AND REPORT IDENTIFICATION

This report was prepared under the following USPAP reporting option:

[X] Appraisal Report          A written report prepared under Standards Rule 2-2(a).

[ ] Restricted Appraisal Report    A written report prepared under Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: **3-6 MONTHS**

**EXPOSURE TIME - A REASONABLE EXPOSURE TIME FOR THE SUBJECT PROPERTY AT THE OPINION OF VALUE INDICATED IS ESTIMATED TO BE 3-6 MONTHS AND WAS DERIVED WITH SIMILAR COMPARABLE SALES IN THE AREA.**

**Additional Certifications**

[X] I have performed **NO** services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[ ] I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

**PRIOR SERVICES - THE APPRAISER OF THIS REPORT, AS INDICATED IN THE SIGNATURE SECTION, HAS NOT PROVIDED ANY PRIOR SERVICES FOR THE SUBJECT PROPERTY IN THE 36 MONTHS PRIOR TO THE EFFECTIVE DATE OF THE REPORT.**

**Additional Comments**

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name: **ELIAZER KLEIN** | Name: |
| Date Signed: **01/31/2025** | Date Signed: |
| State Certification #: **45000046847** | State Certification #: |
| or State License #: | or State License #: |
| or Other (describe):          State #: | State: |
| State: **NY** | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: **07/09/2026** | Supervisory Appraiser inspection of Subject Property: |
| Effective Date of Appraisal: **01/27/2025** | [ ] Did Not   [ ] Exterior-only from street   [ ] Interior and Exterior |

Produced using ACI software, 800 234 8727 www.aciweb.com                                                                            USPAP_14 04272015