# EXHIBIT G

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-25-42191-ess

*Date filed:* 05/05/2025
*341 meeting:* 07/11/2025

*Assigned to:* Elizabeth S. Stong
Chapter 11
Voluntary
Asset

***Debtor***
**PSB NY Holdings, LLC**
P.O. Box 88076
Los Angeles, CA 90009
QUEENS-NY
Tax ID / EIN:          0779

represented by **Todd S. Cushner**
Cushner & Associates, P.C.
399 Knollwood Road
Suite 205
White Plains, NY 10603
914-600-5502
Fax : 914-600-5544
Email: todd@cushnerlegal.com

***U.S. Trustee***
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

represented by **Greg Zipes**
DOJ-Ust
Alexander Hamilton Custom House
One Bowling Green
Ste 534
New York, NY 10004
212-510-0500
Email: greg.zipes@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 05/05/2025 | 1 (44 pgs) | Chapter 11 Voluntary Petition for Non-Individuals. Fee Amount $ 1738. Filed by PSB NY Holdings, LLC Chapter 11 Plan due by 9/2/2025. Disclosure Statement due by 9/2/2025. (las) (Entered: 05/06/2025) |
| 05/05/2025 | 2 (6 pgs) | Affadavit Under Rule 1007-2 Filed by PSB NY Holdings, LLC (las) (Entered: 05/06/2025) |
| 05/06/2025 | 3 (6 pgs; 4 docs) | Deficient Filing Chapter 11 Corporate Ownership Statement Pursuant to FBR 1007(a)(1) due 5/5/2025. Corporate Disclosure Statement Pursuant to FBR 1073-3 due 5/5/2025. Incomplete Filings due by 5/20/2025. (las) (Entered: 05/06/2025) |
| 05/07/2025 | 4 (3 pgs; 2 docs) | Meeting of Creditors Filed by Office of the United States Trustee. 341(a) meeting to be held on 6/16/2025 at 02:15 PM at Telephonic Meeting: Phone 1 (877) 929-2553, Participant Code 1576337, Enter # sign. (Khodorovsky, Nazar) (Entered: 05/07/2025) |

| | | |
|---|---|---|
| 05/07/2025 | 5<br>(2 pgs; 2 docs) | Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel.Hearing scheduled for 7/3/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. . Chapter 11 Non-Individual Attorney Cure due by 5/21/2025. (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor PSB NY Holdings, LLC) (las) (Entered: 05/07/2025) |
| 05/08/2025 | 6<br>(3 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 05/08/2025. (Admin.) (Entered: 05/09/2025) |
| 05/09/2025 | 7<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 05/09/2025. (Admin.) (Entered: 05/10/2025) |
| 05/09/2025 | 8<br>(2 pgs) | BNC Certificate of Mailing with Notice of Hearing on Defective or Deficient Filing - Chapter 11 Non-Individual Notice Date 05/09/2025. (Admin.) (Entered: 05/10/2025) |
| 05/09/2025 | 9<br>(4 pgs; 2 docs) | Order Scheduling Initial Case Management Conference . Signed on 5/9/2025. Status hearing to be held on 7/3/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (jag) (Entered: 05/12/2025) |
| 05/14/2025 | 10<br>(5 pgs) | BNC Certificate of Mailing with Notice/Order Notice Date 05/14/2025. (Admin.) (Entered: 05/15/2025) |
| 05/15/2025 | 11<br>(4 pgs) | Notice of Appearance and Request for Notice Filed by Doris Barkhordar on behalf of HOF Grantor Trust 1 (Barkhordar, Doris) (Entered: 05/15/2025) |
| 05/15/2025 | 12<br>(15 pgs) | Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1007-1(b) 204 20 Largest Creditors, Affidavit 1007-4 Filed by PSB NY Holdings, LLC **Filed Via electronic Dropbox** (las) (Entered: 05/15/2025) |
| 05/20/2025 | | Receipt of Chapter 11 Filing Fee - $1,738.00. Receipt Number 80274061. (AH) (admin) (Entered: 05/20/2025) |
| 05/20/2025 | | Receipt of Copy Fee - $0.50. Receipt Number 80274061. (AH) (admin) (Entered: 05/20/2025) |
| 06/16/2025 | | Trustee's Notice of Continued Meeting of Creditors Filed by Office of the United States Trustee. 341(a) Meeting Adjourned to 7/11/2025 at 02:00 PM at Telephonic Meeting: Phone 1 (877) 929-2553, Participant Code 1576337, Enter # sign. (Khodorovsky, Nazar) (Entered: 06/16/2025) |
| 06/24/2025 | 13<br>(5 pgs; 3 docs) | Order Rescheduling Initial Case Management Conference and Hearing on Deficient Filing for Failure to Be Represented by Counsel (RE: related document(s)9 Order Scheduling Initial Case Management Conference). Signed on 6/24/2025. Status hearing to be held on 8/1/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (nwh) (Entered: 06/25/2025) |
| 06/27/2025 | 14<br>(4 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 06/27/2025. (Admin.) (Entered: 06/28/2025) |
| 06/27/2025 | 15<br>(5 pgs) | BNC Certificate of Mailing with Notice/Order Notice Date 06/27/2025. (Admin.) (Entered: 06/28/2025) |

| | | |
|---|---|---|
| 07/03/2025 | | Adjourned Without Hearing - 'Hearing scheduled for 08/01/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY.(RE: related document(s)5 Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel, 13 Order Scheduling Initial Case Management Conference,Order to Schedule Hearing (Generic)) (sej) (Entered: 07/03/2025) |
| 07/03/2025 | | Adjourned Without Hearing - Status hearing to be held on 08/01/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (RE: related document(s)9 Order Scheduling Initial Case Management Conference, 13 Order Scheduling Initial Case Management Conference,Order to Schedule Hearing (Generic)) (sej) (Entered: 07/03/2025) |
| 07/16/2025 | 16 (22 pgs; 4 docs) | Motion to Dismiss Case *United States Trustee's Motion to Dismiss or Convert Case*. Objections to be filed on 8/29/2025. Filed by Greg Zipes on behalf of Office of the United States Trustee. Hearing scheduled for 9/5/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (Attachments: # 1 Exhibit) (Zipes, Greg) (Entered: 07/16/2025) |
| 07/16/2025 | 17 (2 pgs) | Affidavit/Certificate of Service *United States Trustee's Motion to Dismiss Chapter 11 or In The Alternative, Convert Case To Chapter 7*. Filed by Greg Zipes on behalf of Office of the United States Trustee (RE: related document(s)16 Motion to Dismiss Case filed by U.S. Trustee Office of the United States Trustee) (Zipes, Greg) (Entered: 07/16/2025) |
| 07/19/2025 | 18 (3 pgs) | BNC Certificate of Mailing with Notice of Hearing on Dismissal Notice Date 07/19/2025. (Admin.) (Entered: 07/20/2025) |
| 08/01/2025 | | Hearing Held and Adjourned; Appearances: Debtor, HOF Grantor Trust 1, Office of the United States Trustee. 'Hearing scheduled for 09/05/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY.(RE: related document(s)5 Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel) The debtor is directed to file an appearance of counsel by 9/4/2025. (sej) (Entered: 08/04/2025) |
| 08/01/2025 | | Hearing Held and Adjourned; Appearances: Debtor, HOF Grantor Trust 1, Office of the United States Trustee. Status hearing to be held on 09/05/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (RE: related document(s)9 Order Scheduling Initial Case Management Conference) (sej) (Entered: 08/04/2025) |
| 08/22/2025 | 19 (2 pgs; 2 docs) | Transcript & Notice regarding the hearing held on 08/01/25. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the Office of the Clerk or may be purchased from the court transcriber. [Please see the court's website for contact information for the Transcription Service Agency]. (RE: related document(s)5 Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel, 9 Order Scheduling Initial Case Management Conference, 13 Order Scheduling Initial Case Management Conference). Notice of Intent to Request Redaction Due By 08/29/2025. Redaction Request Due By 09/12/2025. Redacted Transcript Submission Due By 09/22/2025. TRANSCRIPT ACCESS WILL BE ELECTRONICALLY RESTRICTED THROUGH 11/20/2025 AND MAY BE VIEWED AT THE OFFICE OF THE CLERK. (eScribers LLC). Modified on 8/22/2025 corrected linkage (jag). (Entered: 08/22/2025) |

| | | |
|---|---|---|
| 08/24/2025 | [20](#) (3 pgs) | BNC Certificate of Mailing with Notice of Filing of Official Transcript (BK) Notice Date 08/24/2025. (Admin.) (Entered: 08/25/2025) |
| 09/03/2025 | [21](#) (2 pgs) | Letter of Adjournment: Hearing rescheduled from September 5, 2025 to September 12, 2025 at 10:30 a.m. Filed by Greg Zipes on behalf of Office of the United States Trustee (Zipes, Greg) (Entered: 09/03/2025) |
| 09/05/2025 | | Adjourned Without Hearing - 'Hearing scheduled for 09/12/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY.(RE: related document(s)[5](#) Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel) (sej) (Entered: 09/05/2025) |
| 09/05/2025 | | Adjourned Without Hearing - Status hearing to be held on 09/12/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (RE: related document(s)[9](#) Order Scheduling Initial Case Management Conference, [21](#) Letter of Adjournment Filed by U.S. Trustee Office of the United States Trustee, [13](#) Order Scheduling Initial Case Management Conference,Order to Schedule Hearing (Generic)) (sej) (Entered: 09/05/2025) |
| 09/05/2025 | | Adjourned Without Hearing - 'Hearing scheduled for 09/12/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY.(RE: related document(s)[16](#) Motion to Dismiss Case Filed by U.S. Trustee Office of the United States Trustee) (sej) (Entered: 09/05/2025) |
| 09/12/2025 | | Hearing Held and Adjourned; - Appearances: Debtor by principal, Office of the United States Trustee. Status hearing to be held on 11/07/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY. (RE: related document(s)[9](#) Order Scheduling Initial Case Management Conference) Debtor to become current on all administrative obligations including MORs by 10/10/2025. (sej) (Entered: 09/12/2025) |
| 09/12/2025 | | Hearing Held and Adjourned; - Appearances: Debtor by principal, Office of the United States Trustee. 'Hearing scheduled for 11/07/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY.(RE: related document(s)[5](#) Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel) Debtor to retain counsel by 9/26. (sej) (Entered: 09/12/2025) |
| 09/12/2025 | | Hearing Held and Adjourned; - Appearances: Debtor by principal, Office of the United States Trustee. 'Hearing scheduled for 11/07/2025 at 10:30 AM at Courtroom 3585 (Judge Stong), Brooklyn, NY.(RE: related document(s)[16](#) Motion to Dismiss Case Filed by U.S. Trustee Office of the United States Trustee) (sej) (Entered: 09/12/2025) |
| 09/25/2025 | [22](#) (1 pg) | Notice of Appearance and Request for Notice Filed by Todd S. Cushner on behalf of PSB NY Holdings, LLC (Cushner, Todd) (Entered: 09/25/2025) |
| 09/25/2025 | [23](#) (11 pgs; 4 docs) | Application to Employ Cushner & Associates, P.C. as Debtor's Attorney . Objections to be filed on 10/13/2025. Hearing on Objections, if any, will be held on: 10/31/2025 at 10:30AM. Filed by Todd S. Cushner on behalf of PSB NY Holdings, LLC. Order to be presented for signature on 10/20/2025. (Attachments: # [1](#) Affirmation # [2](#) Exhibit A (Proposed Order) # [3](#) Affidavit of Service) (Cushner, Todd) (Entered: 09/25/2025) |
| 10/22/2025 | [24](#) (2 pgs) | Order Authorizing Retention of Chapter 11 Attorney Cushner & Associates, P.C. effective as of September 25, 2025 (RE: related |

| | | | document(s)23 Application to Employ filed by Debtor PSB NY Holdings, LLC). Signed on 10/22/2025. (jag) (Entered: 10/23/2025) |
|---|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/29/2025 12:18:47 | | | |
| PACER Login: | | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1-25-42191-ess Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 4 | Cost: | 0.40 |